# United States District Court
# For The Western District of North Carolina
# Asheville Division

JEAN TAYLOR-TODD,

       Plaintiff,　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　1:12mc28

MARVEN DALE TRIVETTE,
et al.,

       Defendants.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/3/2012 Memorandum of Decision and Order.

       Signed: October 3, 2012

Frank G. Johns, Clerk
United States District Court